**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **John P. and Michele C. McGillen,** | : | |
| Debtors. | : | Case No. 13-14022 (JKF) |

## ORDER

This 5th day of January, 2017, it is hereby **ordered** that the December 31, 2016 Order granting the PNC Bank, National Association's Motion for Order Directing Payment of Funds in Court Registry ("Motion") is **vacated**.

It is further **ordered** that a hearing on the Motion shall be held on **Thursday, February 9, 2017, at 9:30 a.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

The Movant shall serve this Order and the Motion on the U.S. Attorney, the U.S. Trustee, the Standing Chapter 13 Trustee, and all parties-in-interest and shall file a Certification setting forth compliance.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Movant's Counsel for Service**
David L. Zive, Esquire
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA  19103