UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael V. Ventresca : Chapter 13
:
        Debtor : Bankruptcy No. 08-17981-JKF

CERTIFICATE OF SERVICE

    I, Robert H. Holber hereby certify that I served a copy of the Motion of Polonia Bank by its attorney-in-fact, Brian J Dilks of Dilks & Knopik, LLC., for Order Directing Payment of Funds In Court Registry and Notice of Motion, Response Deadline and Hearing Date by first class mail, postage prepaid, on the date below on the following:

Frederic J. Baker, Senior Assistant
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Zane David Memeger
U.S. Attorney
615 Chestnut Street - Ste. 1250
Philadelphia, PA 19106

(CASE TRUSTEE)
WILLIAM C. MILLER
1234 Market Street, Suite 1813
Philadelphia, PA 19107

(DEBTOR)
Michael V. Ventresca
25 Brinker Drive North
Doylestown, PA 18901

(DEBTORS ATTORNEY)
JOHN FRANCIS MURPHY
P.O. Box 657
Doylestown, PA 18901

12/19/16

                                        Robert H. Holber, Esquire.
                                        Attorney for Movant
                                        41 East Front Street
                                        Media, PA 19063

                                        (610) 565-5463
                                        (610) 565-5474 (Fax)