UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    No.:    08-17981

Michael V. Ventresca                      :

Debtor                                    :    Chapter: 13

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    Polonia Bank ("the Movant"), by its attorney-in-fact, Brian J. Dilks of Dilks & Knopik, LLC, has filed a Motion for Order Directing Payment of Funds In Court Registry with the court requesting that the court order that ceertain funds held in the court registry be paid to Movant attorney-in-fact.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 9, 2017 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

UNITED STATES BANKRUPTCY COURT
Robert C. Nix Federal Courthouse
Suite 400
900 Market Street
Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dates stated above; and

    (b) mail a copy to the movant's attorney:

Robert H. Holber, Esquire
41 E. Front Street
Media, Pa  19063

(610) 565-5463
(610) 565-5474

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, on January 19, 2017 at 9:30 A.M. in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 12/19/16