IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                  :
                                        :
MICHAEL &  BERNADETTE VENTRESCA   :        Bank. No.: 08-17981
                                        :
        Debtors                         :
                                        :        Chapter: 13

CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Movant Polonia Bank hereby certifies  that:

1.  The Notice of Motion, Response Deadline, and Hearing Date regarding the Motion of

Polonia Bank by its attorney-in-fact, Brian J. Dilks of Dilks and Knopik, LLC for Order

Directing Payment of Funds in Court Registry , was served upon the Office of the U.S. Trustee,

Debtor, Counsel for Debtor, U.S. Attorney Zane David Memeger, and the Chapter 13 Trustee

via U.S. Mail or electronic means on or about December 19, 2016,  and

2.  As of the below noted date, he has received no answer or objection, from any party to

the granting of the Order.


Dated:  1/10/17

_____
Robert H. Holber, Esquire
Law Office of Robert H. Holber, P.C.
41 E. Front Street
Media, PA. 19063
(610) 565-5463

Counsel for Movant