United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 08-17981-jkf
Michael V. Ventresca                                            Chapter 13
Bernadette H. Ventresca
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Denine              Page 1 of 1         Date Rcvd: Jan 23, 2017
                             Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2017.
```
db            #+Michael V. Ventresca,    25 Brinker Drive North,    Doylestown, PA 18901-7008
jdb           #+Bernadette H. Ventresca,    25 Brinker Drive North,    Doylestown, PA 18901-7008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   Polonia Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor   Polonia Bank ecfmail@mwc-law.com,   ecfmail@mwc-law.com
          JOHN A. TORRENTE    on behalf of Creditor   Bucks County Tax Claim Bureau
           jtorrente@begleycarlin.com
          JOHN FRANCIS MURPHY    on behalf of Joint Debtor Bernadette H. Ventresca johnfmurphy2@verizon.net,
           johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
          JOHN FRANCIS MURPHY    on behalf of Debtor Michael V. Ventresca johnfmurphy2@verizon.net,
           johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
          JOHN FRANCIS MURPHY    on behalf of Attorney John Francis Murphy, Esq. johnfmurphy2@verizon.net,
           johnfmurphy33@verizon.net;johnfmurphy44@gmail.com
          LESLIE E. PUIDA    on behalf of Creditor   Polonia Bank lpuidaesq@gmail.com
          ROBERT H. HOLBER    on behalf of  Robert H. Holber rholber@holber.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael V. Ventresca           :   Chapter 13
                                       :
          Debtor                       :   Bankruptcy No. 08-17981-JKF

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion of Polonia Bank ("the Movant") by its attorney-in-fact, Brian J Dilks of Dilks & Knopik, LLC., for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S. C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to II U.S.C. §347 for the benefit of the Movant in the amount of $12,972.00 shall be paid to Polonia Bank and sent to Dilks & Knopik, LLC., 35308 SE Center Street, Snoqualmie, WA 98065.

**Date: January 20, 2017**

_Jean K. FitzSimon_
Jean K. FitzSimon
BANKRUPTCY JUDGE